**E-FILED**
Tuesday, 09 August, 2005   11:24:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE MORAN
MAGISTRATE JUDGE SIDNEY I. SCHENKIE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | <u>Superseding Indictment</u> |
| | ) | |
| v. | ) | No. 04 CR 937 |
| | ) | |
| OZIEL MARTINEZ, | ) | Violation: Title 21, United States Code, |
| ANDRES MACIAS, | ) | Sections 841(a)(1) and 846; Title 18, United |
| SANTOS FLORES, | ) | States Code, Section 2 |
| ADAN MARTINEZ, and | ) | |
| RAMIRO ANGUIANO | ) | |

**RECEIVED**

AUG - 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>COUNT ONE</u>

The SPECIAL MAY 2004 GRAND JURY charges:

1.  Between approximately early September 2004 and continuing until on or about October 25, 2004, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

OZIEL MARTINEZ,
ADAN MARTINEZ a/k/a Adam Martinez,
ANDRES MACIAS,
RAMIRO ANGUIANO, and
SANTOS FLORES,

defendants herein, knowingly and intentionally conspired with each other, with another individual known to the grand jury and identified herein as Conspirator A, and with others known and unknown to the grand jury, to possess with intent to distribute controlled substances, namely mixtures containing in excess of five kilograms of cocaine, a Schedule II Narcotic Drug Controlled Substance, and mixtures containing in excess of 100 kilograms of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

2.  It was part of the conspiracy that the defendants were involved in a scheme to transport kilogram quantities of cocaine and marijuana from the McAllen, Texas area to, among other places, the

Chicago, Illinois area. OZIEL MARTINEZ and his brother ADAN MARTINEZ supervised the shipments of these drugs by, among others things, acquiring the drugs from suppliers located in the Mexico/Texas border area, arranging for the drugs to be loaded into semi-trailer tractors that were often outfitted with false compartments into which the drugs were placed, hiring drivers to drive the semi-trailer tractors from Texas to the Chicago area, arranging for the delivery of the semi-trailer tractors to a warehouse in Chicago, helping unload the drugs from the trailers once they arrived in Chicago, and arranging for the retrieval and distribution of the drugs in the Chicago area by others.

3.    It was further part of the conspiracy that sometime during September 2004, OZIEL MARTINEZ notified ANDRES MACIAS, who operated a warehouse in Chicago, about two separate shipments of drugs (one of cocaine and one of marijuana) that were to be driven to Chicago from Texas and unloaded at MACIAS'S warehouse. On or about September 27, 2004, ADAN MARTINEZ arrived in Chicago to supervise the unloading of these shipments of drugs.

4.    It was further part of the conspiracy that OZIEL MARTINEZ and ADAN MARTINEZ recruited Conspirator A to drive a semi-trailer tractor, which had been outfitted with a secret compartment into which multiple kilograms of cocaine had been placed, from Texas to MACIAS'S warehouse. On or about September 26, 2004, Conspirator A obtained the cocaine from, among others, ADAN MARTINEZ and OZIEL MARTINES, and proceeded to transport it to Chicago as directed by ADAN MARTINEZ and OZIEL MARTINEZ. On or about September 28, 2004, Conspirator A arrived at MACIAS'S warehouse and the cocaine from the semi-trailer was unloaded by ADAN MARTINEZ, MACIAS, and SANTOS FLORES, whom MACIAS had hired to help unload the drugs.

2

5. It was further part of the conspiracy that OZIEL MARTINEZ and ADAN MARTINEZ recruited RAMIRO ANGUIANO to drive a semi-trailer tractor into which multiple kilograms of marijuana had been loaded from Texas to MACIAS'S warehouse. On or about September 29, 2004, while enroute to Chicago with the semi-trailer tractor, ANGUIANO was arrested by local law enforcement and the semi-trailer tractor was detained. After ADAN MARTINEZ and the other defendants learned of ANGUIANO's arrest, ADAN MARTINEZ left Chicago and returned to Texas.

6. It was further part of the conspiracy that sometime during October 2004, OZIEL MARTINEZ notified MACIAS that another shipment of multiple kilograms of cocaine was to be driven to his warehouse. On or about October 22, 2004, OZIEL MARTINEZ and ADAN MARTINEZ directed Conspirator A to drive a semi-trailer tractor, which had been outfitted with a secret compartment into which multiple kilograms of cocaine had been placed, from Texas to MACIAS'S warehouse.

7. It was further part of the conspiracy that on or about October 24, 2004, OZIEL MARTINEZ arrived in Chicago to supervise the unloading of the shipment of cocaine being driven to MACIAS'S warehouse by Conspirator A. On or about October 25, 2004, OZIEL MARTINEZ, MACIAS, and FLORES, whom MACIAS had again hired to help unload drugs from the semi-trailer, went to the warehouse to await the arrival of the semi-trailer tractor being driven by Conspirator A.

3

8.      It was further part of the conspiracy that the defendants misrepresented, concealed and hid,

and caused to be misrepresented, concealed, and hidden, the acts and the purpose of the acts done in

furtherance of the conspiracy, and used means to avoid detection and apprehension by law enforcement

authorities and to otherwise provide security to the members of the conspiracy;

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section

2.

## COUNT TWO

The SPECIAL MAY 2004 GRAND JURY further charges:

On or about September 28, 2004, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ADAN MARTINEZ,
### ANDRES MACIAS, and
### SANTOS FLORES

defendants herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, mixtures containing in excess of five kilograms of cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL MAY 2004 GRAND JURY further charges:

On or about October 25, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

and elsewhere,

OZIEL MARTINEZ,
ANDRES MACIAS, and
SANTOS FLORES

defendants herein, knowingly and intentionally attempted to possess with intent to distribute a controlled

substance, namely, mixtures containing in excess of five kilograms of cocaine, a Schedule II Narcotic Drug

Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section

2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY