AO 442 (Rev. 6/97) Warrant for Arrest

*Wed 1500 hrs*

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America

v.

Ramiro Anguiano

**WARRANT FOR ARREST**

Case Number: 04 CR 937-5

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ramiro Anguiano** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[Indictment]   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with:   **Conspiracy to Possess with Intent to Distribute Cocaine**

in violation of Title 21 United States Code, Section(s) 846

Marsha E. Glenn Issuing Officer          Deputy Clerk

/s/ Issuing Officer
_____          August 5, 2005; Chicago, Illinois
Signature of Issuing Officer

Bail fixed at $ _____          _____, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received    Name and Title of Arresting Officer    Signature of Arrest Officer |
| Date of Arrest |