AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

E-FILED
Thursday, 11 August, 2005 03:37:51 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

FILED
AUG 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____Central_____ DISTRICT OF _____Illinois_____

UNITED STATES OF AMERICA

V.

_____Ramiro Anguiano_____
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 05-6031

CHARGING DISTRICTS
CASE NUMBER: 04 CR 937-5

I understand that charges are pending in the _____Northern_____ District of _____Illinois_____

alleging violation of _____21 U.S.C. 841(a)(1)and 846; 18 U.S.C. 2_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

s/ Ramiro Anguino
**Defendant**

August 10, 2005
Date

s/ Robert Alvarado
**Defense Counsel**