E-FILED
Thursday, 11 August, 2005 03:38:54 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois

FILED
AUG 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**
**V.**
Ramiro Anguiano

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | NDIL 04 CR 937-5 | CDIL 05-6031 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_X_ Indictment    ___ Information    ___ Complaint    ___ Other (specify)

Charging a violation of    21 U.S.C. § 841(a)(1) and 846; 18 U.S.C. 2

**DISTRICT OF OFFENSE** NDIL - Eastern Division

**DESCRIPTION OF CHARGES:**

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    ☒ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☒ No    ☐ Yes    Language: _____

**Central DISTRICT OF Illinois**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thee deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

8-10-05    s/ John A. Gorman
Date    John A. Gorman
    United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |