**E-FILED**
Thursday, 11 August, 2005 03:40:36 PM
Clerk, U.S. District Court, ILCD

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: USA v.s. RAMIRO ANGUINO
FOR: 
AT:

**FILED**
LOCATION NUMBER
AUG 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PERSON REPRESENTED (Show your full name): Ramiro Anguiano

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 05-6031
District Court:
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: —
IF YES, how much do you earn per month? $ —
IF NO, give month and year of last employment
How much did you earn per month? $ —

If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 1,000
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $
SOURCES:

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 120

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE:
DESCRIPTION:

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
Ramiro III - 11
Jacqueline - 5     children
Edgar - 4

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS
APARTMENT OR HOME: 3107 Llave St., Weslaco, Tx     Total Debt $     Monthly Paymt. $ 360
Visa                 $ 1500           $ ?
Sears                $ 500            $ ?

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/10/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  s/ Ramiro Anguino