E-FILED
Friday, 12 August, 2005  09:41:52 AM
Clerk, U.S. District Court, ILCD



# United States District Court
### central district of illinois
### office of the clerk

**JOHN M. WATERS**
clerk of court

**TEL:** 309.671.7117
**FAX:** 309.671.7120

309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 12, 2005

United States District Court
Northern District of Illinois
Eastern Division
Michael Dobbins, Clerk
219 S. Dearborn
Chicago, IL 60604

> Re: Ramiro Anguiano  CDIL 05-6031
> Case in NDIL: 04 CR 937-5

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,

s/ John M. Waters

John M. Waters, Clerk
JMW/tk
Enc.

Acknowledgment and Receipt:

_____     _____
Signature                                               Date