

## United States District Court
### central district of illinois

**JOHN M. WATERS**
clerk of court

office of the clerk
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

FILED
AUG 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

August 12, 2005

United States District Court
Northern District of Illinois
Eastern Division
Michael Dobbins, Clerk
219 S. Dearborn
Chicago, IL 60604



RECEIVED
AUG 1 6 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Ramiro Anguiano  CDIL 05-6031
Case in NDIL: 04 CR 937-5  —Judge Moran

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,

s/ John M. Waters

John M. Waters, Clerk
JMW/tk
Enc.

Acknowledgment and Receipt:

__MARSHA GLENN__           __AUG 1 6 2005__
Signature                   Date